AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ADAM ROHLMAN,<br>An Individual,<br><br>*Plaintiff(s)*<br><br>v.<br><br>INTREPID POWERBOATS, INC., and<br>INTREPID SOUTHEAST, INC.,<br>Florida Corporations,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No.  0:26-cv-61557 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTREPID SOUTHEAST, INC.
c/o their Registered Agent
CORPORATE CREATIONS NETWORK INC.
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua Feygin, Esq.
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan St #205
Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jun 3, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ADAM ROHLMAN,<br>An Individual,<br><br>*Plaintiff(s)*<br>v.<br>INTREPID POWERBOATS, INC., and<br>INTREPID SOUTHEAST, INC.,<br>Florida Corporations,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  0:26-cv-61557 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTREPID POWERBOATS, INC.
c/o their Registered Agent
CORPORATE CREATIONS NETWORK INC.
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Feygin, Esq.
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan St #205
Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jun 3, 2026

Angela E. Noble
Clerk of Court

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts